The People of the State of New York, Respondent, v. Salvatore Buccola,

Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.